167 So. 918

**Huey, alias Hugh, BROWN v. STATE.**
**8 Div. 175.**

Court of Appeals of Alabama.
Feb. 25, 1936.

SAMFORD, Judge.
Appeal dismissed.

164 So. 914

**Reggie Vanderbilt BROWN v. STATE.**
**6 Div. 838.**

Court of Appeals of Alabama.
Nov. 19, 1935.

BRICKEN, Presiding Judge.
Affirmed.

165 So. 914

**Tom BROWN, alias Alexander, v. STATE.**
**8 Div. 228.**

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Appeal dismissed.

174 So. 898

**W. H. BROWN v. STATE.**
**6 Div. 143.**

Court of Appeals of Alabama.
May 11, 1937.

RICE, Judge.
Affirmed.

165 So. 914

**Willie BROWN v. STATE.**
**8 Div. 241.**

Court of Appeals of Alabama.
Feb. 11, 1936.

RICE, Judge.
Affirmed.

167 So. 918

**Amie (alias Ammie) C. BRUCE and Malcomb Bruce v. STATE.**
**4 Div. 239.**

Court of Appeals of Alabama.
April 14, 1936.

BRICKEN, Presiding Judge.
Affirmed.

174 So. 898

**T. W. BRYAN v. STATE.**
**5 Div. 979.**

Court of Appeals of Alabama.
April 20, 1937.

RICE, Judge.
Appeal dismissed.

174 So. 898

**T. W. BRYAN v. STATE.**
**5 Div. 995.**

Court of Appeals of Alabama.
April 20, 1937.

RICE, Judge.
Appeal dismissed.